UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER COLEMAN, on behalf of
himself and others similarly situated,

    Plaintiff,

No. 3:17-cv-0062-DRH

v.

VERDE ENERGY USA ILLINOIS, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal with Prejudice (Doc. 44), this case is **DISMISSED with prejudice** as Plaintiff's claims and **without prejudice** as to any putative class members, with each party to bear its own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/ *Alex Francis*
      **Deputy Clerk**

APPROVED:

Judge Herndon
2017.11.30
11:20:19 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT